IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO GOMEZ,

    Plaintiff,                      No. CIV S-09-0265 MCE GGH P

vs.

M. Martel, et al.,

    Defendant.                  <u>ORDER</u>

/

        Plaintiff appears to be a former state prisoner, proceeding pro se, who seeks relief pursuant to 42 U.S.C. § 1983.

        Plaintiff alleges that while in prison, CDCR arbitrarily fabricated victims of a violent crime, that never occurred, and found plaintiff guilty of the crime without due process. Plaintiff became classified as a violent felon and as a result was not allowed any contact with his son. Plaintiff only seeks injunctive relief to have his prison record cleared of the false charges and to be allowed to contact his son. It appears that plaintiff was released from custody on or about March 27, 2009. Therefore, this action may be moot.

        Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, plaintiff shall show cause why this action should not be dismissed as moot.

DATED: April 28, 2009                /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

ggh:ab
gome0265.osc

1