IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO GOMEZ,

       Plaintiff,                         No. CIV S-09-0265 MCE GGH P

       vs.

M. MARTEL, Warden, et al.,

       Defendant.               ORDER

_____/

       Plaintiff is a former state prisoner proceeding pro se. He seeks relief pursuant to 42 U.S.C. § 1983. By concurrent Order & Findings and Recommendations plaintiff's claims against two other defendants were dismissed.

       However, as noted in the concurrent Order & Findings and Recommendations, plaintiff's complaint states a cognizable claim for relief against warden M. Martel, pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Service is appropriate for the following defendant: M. Martell.

       2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed January 29, 2009.

1

3.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a.  The completed Notice of Submission of Documents;

    b.  One completed summons;

    c.  One completed USM-285 form for each defendant listed in number 1 above; and

    d.  Two copies of the endorsed complaint filed January 29, 2009.

4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: July 22, 2009

          /s/ Gregory G. Hollows

          UNITED STATES MAGISTRATE JUDGE

GGH:AB
gome0265.srv

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO GOMEZ,

        Plaintiff,                        No. CIV S-09-0265 MCE GGH P

    vs.

M. MARTEL, Warden, et al.,           NOTICE OF SUBMISSION
        Defendants.                   OF DOCUMENTS
_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__      completed summons form

        __1__      completed USM-285 forms

        __2__      copies of the __January 29, 2009__
                                       Amended Complaint

DATED:

                                                                               _____
                                                                               Plaintiff